Filing # 151697384 E-Filed 06/17/2022 10:13:53 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

**LEHIGH HOMESTEAD SHELL, LLC.,**

    **Plaintiff,**

vs.                                                                            CASE NO.: **22-CA-002644**

**BERKSHIRE HATHAWAY**
**GUARD INSURANCE COMPANIES,**

    **Defendant.**
_____/

## COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

**COMES NOW** the Plaintiff, LEHIGH HOMESTEAD SHELL, LLC., (hereinafter referred to as "Plaintiff") by and through the undersigned counsel and files this complaint for damages and demand for jury trial against the Defendant, BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, (hereinafter referred to as "Defendant") and states the following:

1. This is a civil action for breach of contract wherein the damages are in excess of $30,000.00, excluding attorney's fees, costs and interest.

2. The Plaintiff is a Florida corporation doing business in Lee County, Florida.

3. This Complaint is filed in accordance with Florida Statute §627.70152(3)(a), et seq., Fla. Stat. (2021), which a Notice of Intent to Initiate Litigation was filed on May 27, 2022, with the Florida Department of Financial Services. A copy of the Notice is attached hereto as Exhibit "A".

## THE PARTIES

4. Lehigh Homestead Shell, LLC., is a corporate resident of Lee County, Florida, over the age of eighteen (18) years and otherwise sui juris.

1

5. Berkshire Hathaway Guard Insurance Companies was and is a Foreign for-profit Corporation organized under the laws of the State of Pennsylvania, with a principal business address of 44 R. West Market St, Wilkes-Barre, Pennsylvania 18701. **GENERAL ALLEGATIONS**

6. That the Defendant issued commercial insurance policy number LEBP186567 to the Plaintiff. See Declaration page/policy attached hereto as Exhibit "B". That said policy of insurance provided coverage for the Plaintiff's commercial business located at 1105 Homestead Road N., Lehigh Acres, Florida 33936. The subject policy of insurance provides coverage for including, but not limited to, damage caused to the property, replacement of personal property damaged and/or destroyed by a covered loss.

7. That on August 6, 2021, while the Plaintiff's commercial insurance was in full force and effect, an accident occurred in the Plaintiff's commercial business. This resulted in significant damage to the property.

8. That the Plaintiff provided timely notice to the Defendant, of the loss occurring on August 6, 2021, and complied with all conditions precedent required by the subject policy of insurance. However, the Defendant, despite issuing claim number 2.67154, breached the contract of insurance with the Plaintiff when it failed to properly compensate the Plaintiff for the repairs to the property which is a provision of the insurance contract issued by the Defendant.

## COUNT I – BREACH OF CONTRACT

9. Plaintiff realleges the allegations in Paragraphs One (1) through Eight (8) as though fully set forth herein, and further states:

10. That the Defendant has failed to timely evaluate and pay the benefits owed to the Plaintiff

under the terms of the insurance policy issued by the Defendant.

11. All conditions precedent to the bringing of this action have occurred, have been performed or otherwise satisfied, or have been waived. That the Plaintiff, due to the Defendant's failure to comply with the terms of the insurance policy issued by them, has suffered damages including, but not limited to, additional property damage and the retention of experts to assist with this loss.

12. That the Defendant's failure to fulfill its contractual obligations contained in the commercial insurance policy issued to the Plaintiff has caused them to retain the services of the undersigned attorney for representation in this action. Therefore, the Defendant is responsible for statutory attorney's fees pursuant to Florida Statute §627.428.

WHEREFORE, the Plaintiff, LEHIGH HOMESTEAD SHELL, LLC., hereby demands judgment against the Defendant, BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, for all damages to his residence caused by the aforementioned damage together with interest on overdue payments, reasonable attorney's fees pursuant to Florida Statute §627.428, court costs and any other relief deemed just and equitable.

### DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury of all issues so triable.

Dated this 17TH day of June, 2022.

RESPECTFULLY SUBMITTED:

JONATHAN D. SCHWARTZ, P.A.
13611 South Dixie Hwy., Suite 335
Miami, FL 33176
Telephone: (786) 299-2319
Facsimile: (786) 953-4691
BY: /s/ Jonathan D. Schwartz, Esq.

3

Jonathan D. Schwartz, Esq.
FL Bar No: 178268
Email: jonathan@jonathanschwartzesq.com
servicejonathanschwartz@gmail.com

**Exhibit:**

A) Notice of Intent to Initiate Litigation filed on May 27, 2022.

B) Berkshire Hathaway Guard Insurance Declaration Page.

**SERVICE INFORMATION:**

BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES
FLORIDA CHIEF FINANCIAL OFFICER
200 EAST GAINES STREET
TALLAHASSEE, FL 32399-4201

4

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA**

**LEHIGH HOMESTEAD SHELL, LLC.,**

**Plaintiff,**

vs. CASE NO.:

**BERKSHIRE HATHAWAY
GUARD INSURANCE COMPANIES,**

**Defendant.**
_____/

# EXHIBIT A

---

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA**

**LEHIGH HOMESTEAD SHELL, LLC.,**

**Plaintiff,**

vs. CASE NO.:

**BERKSHIRE HATHAWAY
GUARD INSURANCE COMPANIES,**

**Defendant.**

_____/

# EXHIBIT B